FRANCIS KREGELSTEIN *v.* MAXINE KREGELSTEIN

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is dismissed by the court.

*Marilyn P. A. Seichter,* for the appellee (defendant).

*Arnold Sbarge,* for the appellant (plaintiff).

Argued June 6—decided July 5, 1978

STEPHEN J. PAPA ET AL. *v.* NEW HAVEN FEDERATION OF TEACHERS ET AL.

The defendants' motion for a review of the trial court's decision on their motion for rectification of appeal, dated March 30, 1978, in the appeal from the Superior Court in New Haven County is granted by the court; the relief sought in parts A and B of the motion for review is denied and the relief sought in part C therein is granted.

*Karl Fleischmann,* in support of the motion.

Submitted June 20—decided July 12, 1978

PETER H. GALULLO ET AL. *v.* CITY OF WATERBURY ET AL.

The plaintiffs' motion for reconsideration of the taxation of costs in the appeal from the Court of Common Pleas in the judicial district of Waterbury is granted by the court and the relief sought therein is granted.

*Wesley W. Horton,* in support of the motion.